Case: 1:17-cv-03357 Document #: 39 Filed: 07/07/17 Page 1 of 1 PageID #:469

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

James Spalo and Mary Spalo,

Plaintiff(s),

v.

Union Pacific Railroad Company, et al,

Defendant(s).

Case No. 17 C 3357
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is remanded to the Circuit Court of Cook County, Illinois.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion for remand.

Date: 7/7/2017

Thomas G. Bruton, Clerk of Court

Wanda Parker, Deputy Clerk